796 A.2d 844

IN THE MATTER OF PAUL J. PASKEY AN ATTORNEY AT LAW.

May 9, 2002.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11, recommending that **PAUL J. PASKEY** of **BAYONNE,** who was admitted to the bar of this State in 1983, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **PAUL J. PASKEY** is temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to the Court, for good cause shown, pending the further Order of this Court;  and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.